IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ABRAHAM KELLY, #155176, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:13-cv-443-WHA |
| | ) |
| KIM THOMAS, et al., | )             (WO) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, and this case is DISMISSED without prejudice.

DONE this 29th day of February, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE